**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Smash, LLC,** **Civil No. 01-601 DWF/SRN**

**Plaintiffs,**

**v.**

**PRETRIAL SCHEDULING ORDER**

**New England Pottery Co., Inc.,**

**Defendant.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by February 1, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before July 30, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Party with the burden of proof on or before November 15, 2001.

   b. Rebuttal reports on or before December 17, 2001.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall

FILED AUG - 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

be taken by any party. Each party shall take no more than 1 expert deposition.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by September 14, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by April 1, 2002, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on June 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 4 - 6 days.

Dated: August 1, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500