**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Smash, L.L.C.,
a Minnesota limited
liability company,

Plaintiff,

v.

New England Pottery Co., Inc.,

Defendant.

Civil No. 01-601 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Jon Trembath, Esq., Merchant & Gould, 80 South 8th Street, Suite 3200, Minneapolis, Minnesota 55402 and Kirstin L. Stoll-DeBell, Esq., Merchant & Gould, 1050 17th Street, Suite 1400, Denver, Colorado 50265, appeared on behalf of Plaintiff.

Jay W. Schlosser, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402 and James J. Foster, Esq., Wolf, Greenfield & Sacks, Federal Reserve Plaza, 17th Floor, 600 Atlantic Avenue, Boston, Massachusetts 02210, appeared on behalf of Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 7, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED NOV 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________