IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMASH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>New England Pottery Co., Inc.,<br><br>Defendant. | Civil Action No. 01-601 DWF/SRN |

CONSENT JUDGMENT

Plaintiff, Smash, LLC (Smash) filed its complaint against New England Pottery, Co. Inc. (NEPCO) in this Court on April 6, 2001 for infringement of Smash's United States Letters Patent No. 5,772,312 by NEPCO's Starlight Spheres. NEPCO answered that the patent is invalid and not infringed by NEPCO.

Having investigated the allegations of the Complaint, Answer, and Counterclaim herein, NEPCO consents to the following judgment and

IT IS ORDERED, ADJUDGED AND DECREED:

1. The Court has jurisdiction of the subject matter and the parties hereto.

2. Smash is the owner of the entire right, title and interest in and to United States Letters Patent No. 5,772,312.

3. NEPCO has infringed claims 2, 3, 4 and 11 of United States Letters Patent No. 5,572,312 by its manufacture and sale of lighted ornaments sold by NEPCO under the designations Mini Starlight Spheres, Standard Starlight Spheres and Mega Starlight Spheres, and said claims are valid and enforceable.

4. Compensation for past infringement and for future use of the inventions of said patent shall be in accordance with a Settlement Agreement which is effective upon entry of this Consent Judgment.

FILED DEC 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 13 2001
DEPUTY CLERK

5. NEPCO and its agents, servants, employees, attorneys-in-fact, assignees and all persons controlling or in active concert or participation with, through or under any of them, are hereby enjoined from infringing any of claims 2, 3, 4 and 11 of United States Letters Patent No. 5,772,312 and from causing, inducing or contributing to the infringement of those patent claims by others.

6. In the event of future disputes between the parties, this Consent Judgment and Order shall be res judicata, including being res judicata as to validity and enforceability of claims 2, 3, 4 and 11 of United States Letters Patent No. 5,772,312 even if the product(s) in question are materially different.

7. Except as set forth above, all claims and counterclaims are dismissed with prejudice.

8. Each party will bear its own costs.

The Clerk is directed to enter this final judgment forthwith.

IT IS SO ORDERED this ~~2nd~~ 13th day of Dec., 2001.

Donovan W. Frank
UNITED STATES DISTRICT JUDGE

Consented to and Approved as to form by:

MERCHANT & GOULD

Jon R. Trembath
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 336-4671

Attorneys for Smash, LLC

BRIGGS & MORGAN

Jay W. Schlosser
2400 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 334-8539

Attorneys for New England Pottery, Co. Inc.